UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| VELDA SLABAUGH, | ) |
| Plaintiff, | ) Case No: 1:21-cv-180-HAB-SLC |
| vs. | ) |
| FOREST RIVER INC., | ) |
| Defendant. | ) |

## REPORT OF MEDIATOR

COMES NOW the Mediator, Anthony M. Stites, and reports to the Court that the mediation scheduled for April 13, 2022 has been canceled at Defendant's request.

SO REPORTED THIS 11th day of April, 2022.

Respectfully submitted:

BARRETT McNAGNY LLP

By: */s/ Anthony M. Stites*
Anthony M. Stites, #14078-71
215 East Berry Street
P.O. Box 2263
Fort Wayne, IN 46801
Telephone: (260) 423-9551
Fax: (260) 423-8920
Email: ams@barrettlaw.com

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that on the 11th day of April, 2022, a true and correct copy of the foregoing Report of Mediator was served to all counsel of record via the Court's IEFS - CM/ECF System, or via U.S. Postal Service, pre-paid delivery, for those parties not yet registered.

| | |
|---|---|
| Jennifer Hitchcock | Patrick O'Rear |
| Law Office of Jennifer L. Hitchcock | SouthBank Legal: LaDue Curran & Kuehn |
| 116 E. Berry Street, Ste. 1110 | 100 E. Wayne Street, Ste. 300 |
| Fort Wayne, Indiana 46802 | South Bend, Indiana 46601 |
| jennifer@jhitchcocklaw.com | porear@southbank.legal |

        /s/ Anthony M. Stites
           Anthony M. Stites