# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| VELDA SLABAUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:21-cv-00180-HAB-SLC |
| | ) |
| FOREST RIVER, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), the parties, Velda Slabaugh and Forest River, Inc., stipulate to the dismissal of this action with prejudice. This stipulation shall serve as a full and complete adjudication on the merits of all claims. Each party shall bear its own costs, including attorneys' fees.

Dated: May 16, 2022              Respectfully submitted,


/s/ Jennifer Hitchcock                    /s/ R. John Kuehn
Jennifer Hitchcock                        R. John Kuehn (22434-71)
Close & Hitchcock, LLP                    Jesse M. Barrett (23811-71)
116 E. Berry Street, Suite 625            SouthBank Legal
Fort Wayne, IN 46802                      100 East Wayne Street, Suite 300
(260) 408-6818 (telephone)                South Bend, IN 46601
(260) 498-2655 (facsimile)                (574) 968-0760 (telephone)
jennifer@closehitchcock.com               (574) 968-0761 (facsimile)
                                          jkuehn@southbank.legal
*Attorney for Plaintiff*                  jbarrett@southbank.legal
*Velda Slabaugh*
                                          *Attorneys for Defendant*
                                          *Forest River, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2022, service of a true and complete copy of the attached and foregoing pleading was made upon all counsel of record through CM/ECF filing.

/s/ R. John Kuehn
R. John Kuehn (22434-71)
